1 LAFAYETTE & KUMAGAI LLP
SUSAN T. KUMAGAI (State Bar No. 127667)
2 Email: skumagai@lkclaw.com
REBECCA K. KIMURA (State Bar No. 220420)
3 Email: rkimura@lkclaw.com
100 Spear Street, Suite 600
4 San Francisco, California 94105
Telephone:   (415) 357-4600
5 Facsimile:   (415) 357-4605

6 Attorneys for Defendant
AT&T UMBRELLA BENEFIT PLAN NO. 1;
7 AT&T INC.

8
ROBOOSTOFF & KALKIN
9 CONSTANTIN V. ROBOOSTOFF (State Bar No. 69328)
Email: cvrl@earthlink.net
10 369 Pine Street, Suite 820
San Francisco, California  94104
11 Telephone: (415) 732-0282
Facsimile:  (415) 732-0287
12
Attorneys for Plaintiff
13 LOUIS M. BINALEY

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16

17 LOUIS M. BINALEY,                        Case No.  CV10-4439 RS

18            Plaintiff,                    **STIPULATION AND ORDER FOR
                                            VOLUNTARY DISMISSAL WITHOUT
19 vs.                                      PREJUDICE**

20 AT&T UMBRELLA BENEFIT PLAN               Fed. R. Civ. P. 41(a)(1)(A)(ii)
NO. 1; AT&T Inc.,
21
            Defendants.
22

23

24 The parties hereby stipulate as follows:

25       1.      Plaintiff Louis M. Binaley ("plaintiff") hereby stipulates and requests that the

26 Court dismiss the present action in its entirety, without prejudice, pursuant to Fed. R. Civ. P.

27 41(a)(1)(A)(ii);

28

STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE     1
(Case No. CV10-4439 RS)

2. AT&T Umbrella Benefit Plan No. 1 (the "Plan") stipulates and agrees that plaintiff is permitted to file an administrative appeal of the denial of his claim for long term disability benefits (the "administrative appeal"), and that the Plan shall perform a full and fair review of the appeal in accordance with the applicable provisions of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1001, et seq. and the applicable federal regulations promulgated thereunder;

3. Plaintiff agrees to file his administrative appeal and submit all medical documentation for the time period November 2008 to the present in support of the administrative appeal within 60 days of the effective date of the Order herein. The Plan shall make its determination on the administrative appeal within 60 days from the date Plaintiff submits all his medical documentation.

4. The Plan stipulates and agrees that any statutes of limitation or other time limitations otherwise applicable to plaintiff's claims are tolled during the pendency of the appeal, and the running of any applicable limitation period will resume when a final determination is rendered on the administrative appeal. Plaintiff will not be barred from filing a timely civil action thereafter.

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

Dated: December 15, 2010

LAFAYETTE & KUMAGAI LLP

_____
REBECCA K. KIMURA
ATTORNEYS FOR
AT&T UMBRELLA BENEFIT PLAN NO. 1;
AT&T, INC.

Dated: December 15, 2010

ROBOOSTOFF & KALKIN

_____
CONSTANTIN V. ROBOOSTOFF
ATTORNEYS FOR PLAINTIFF
LOUIS M. BINALEY

## ORDER

IT IS SO ORDERED:

Date: __12/16_____, 2010

_____
HON. RICHARD SEEBORG
U.S. DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I certify that a copy of this document was served electronically on December 15, 2010, on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

/s/ Rebecca K. Kimura
REBECCA K. KIMURA

Pldg\Joint Stip Re Dismissal.doc